**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
Taylor@lagomarsinolaw.com
*Attorneys for Plaintiff Carlos Alvarado*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS ALVARADO, an individual<br><br>Plaintiff<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT a political subdivision of the State of Nevada; OFFICER C. HUNT, individually; OFFICER A. MONTALBANO, individually<br><br>Defendants. | CASE NO.: 2:24-cv-01159-JAD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED between the parties and their undersigned attorneys that the discovery cut-off date of January 20, 2025, be continued for a period of ninety (90) days from the Court's prior Order (ECF No. 15), up to and including **April 21, 2025**, for the purpose of allowing the parties to complete written discovery, complete the depositions of the remaining parties, experts, and lay witnesses, and any other discovery the parties wish to conduct.

**I.  DISCOVERY COMPLETED TO DATE**

- Disclosure of Documents:
    - The Parties exchanged their initial Rule 26 disclosures on September 23, 2024.
    - LVMPD Defendants served their first supplemental disclosure on October 21, 2024.
    - Plaintiff served his first supplemental disclosure on October 25, 2024.

…
…

- Written Discovery:
    - Plaintiff served an initial set of discovery (interrogatories, requests for production of documents, and requests for admission) to Defendants on October 4, 2024.
    - Defendant Hunt served his first set of interrogatories to Plaintiff on October 23, 2024.
    - Defendant LVMPD served their initial set of discovery (interrogatories, requests for production of documents, and requests for admission) to Plaintiff on October 23, 2024.

- Depositions:
    - The deposition of Defendant Hunt was scheduled for October 30, 2024, and was will be rescheduled to January 2025.
    - The deposition of Officer Garcia is scheduled for November 12, 2024.

- Third Party Subpoenas:
    - Plaintiff served a subpoena to Bridge Counseling on October 15, 2024, to which Bridge Counseling has responded and those documents have been produced.
    - Plaintiff served a subpoena to The Cosmopolitan of Las Vegas on October 10, 2024, to which The Cosmopolitan of Las Vegas has responded and has requested an extension for to produce documents. Documents will be produced upon receipt.
    - Plaintiff served a subpoena to Ally Financial on October 11, 2024, to which Ally Financial has responded and those documents have been produced.
    - Plaintiff served a subpoena to Las Vegas Strip Party Bus on October 15, 2024, to which they have not responded.
    - Plaintiff served a subpoena to Uber Inc. Technologies on October 8, 2024, to which they have not responded.

## II.   DISCOVERY YET TO BE COMPLETED

The Parties have yet to complete the following discovery:

- depositions of the named parties, including 30(b)(6) depositions;

- depositions of witnesses identified by the parties;

- initial expert witness disclosures;

- rebuttal expert witness disclosures;

- expert witness depositions;

- additional written discovery which may include written discovery between the parties;

- additional subpoenas to third parties; and

- record gathering in response to authorizations sought from Plaintiff.

The Parties reserve the right to conduct additional discovery that is permitted by the United States Rules of Civil Procedure.

## III.   REASONS WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

While the parties have been diligent in conducting discovery in this matter, the following issues have been unavoidable. Defendant Bradley Hunt will be on leave from November 2024 to mid-January 2025 and will be unavailable for a deposition and Defendant Montalbano is currently out of the country on military orders. These scheduling conflicts will affect the progression of this matter as it limits the parties' ability to obtain additional information. Additionally, the Plaintiff's attorney schedule is limited due to the upcoming holidays. The totality of the limited deposition availability, and Plaintiff's counsel's office's limited availability warrant an extension.

## IV.   PROPOSED EXTENDED DEADLINES

The parties respectfully request this Court enter an order granting this Fourth Request for extension of discovery deadlines as follows:

|  | Current | Proposed |
|---|---|---|
| Discovery cut-off | 1/20/25 | Monday, April 21, 2025[1] |
| Deadline to amend pleadings and add parties | 10/21/24 | CLOSED |
| Deadline for initial expert disclosures | 11/19/24 | Monday, February 17, 2025 |
| Deadline for rebuttal expert disclosures | 12/19/24 | Wednesday, March 19, 2025 |
| Deadline to file dispositive motions | 2/17/25 | Monday, May 19, 2025[2] |
| Deadline to file pre-trial order | 3/19/25 | Tuesday, June 17, 2025 or 30 days after the dispositive motions have been decided. |

---

[1] This deadline falls on April 20, 2025, which is a Sunday. As a result, this deadline extends to the next court day, Monday April 21, 2025, by operation of FRCP.

[2] This deadline falls on May 18, 2025, which is a Sunday. As a result, this deadline extends to the next court day, Monday May 19, 2025, by operation of FRCP.

This request for an extension is made in good faith and joined by all the parties in this case. The Request is timely pursuant to LR 26-3. Trial is not yet set in this matter and dispositive motions have not yet been filed. Accordingly, this extension will not delay this case. Since this request is a joint request, no party will be prejudiced. The extension will allow the parties the necessary time to complete discovery.

IT IS SO STIPULATED AND AGREED.

DATED this 29th day of October, 2024.　　　DATED this 29th day of October, 2024.

**LAGOMARSINO LAW**　　　**KAEMPFER CROWELL**

/s/ *Andre M. Lagomarsino*　　　/s/ *Kristopher Kalkowski*
ANDRE M. LAGOMARSINO, ESQ. (#6711)　　　LYSSA S. ANDERSON, ESQ. (#5781)
TAYLOR N. JORGENSEN, ESQ. (#16259)　　　RYAN W. DANIELS, ESQ. (#13094)
3005 W. Horizon Ridge Pkwy., #241　　　KRISTOPHER J. KALKOWSKI, ESQ. (14892)
Henderson, Nevada 89052　　　1980 Festival Plaza Drive, Suite 650
Telephone: (702) 383-2864　　　Las Vegas, Nevada 89135
Facsimile: (702) 383-0065　　　Telephone: (702) 792-7000
*Attorneys for Plaintiff Carlos Alvarado*　　　Fax: (702) 796-7181
　　　*Attorneys for Defendants*

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE
DATED: 10/30/2024