LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*Isaiah Garcia, Bradley Hunt, Antonio Montalbano, and*
*Las Vegas Metropolitan Police Department*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARLOS ALVARADO, an individual<br><br>Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.<br><br>Defendants. | Case No.: 2:24-cv-01159-JAD-MDC<br><br>**STIPULATION AND ORDER FOR PARTIAL DISMISSAL**<br><br>ECF No. 30 |

Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Isaiah Garcia, Bradley Hunt, and Antonio Montalbano (collectively "LVMPD Defendants"), through their counsel, Kaempfer Crowell, and Plaintiff Carlos Alvarado, through his counsel, Lagomarsino Law, agree and stipulate to dismiss Defendant LVMPD with prejudice, with each side to bear their own attorney fees and costs. The parties also agree to dismiss Plaintiff's Third Cause of Action with prejudice, which is against only LVMPD. Defendants Isaiah Garcia, Bradley Hunt,

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3907013_1.docx  6943.315

Page 1 of 2

and Antonio Montalbano will remain in the lawsuit through the First Cause of Action and the Second Cause of Action.

DATED this 31st day of January, 2025.

LAGOMARSINO LAW

/s/ Andre M. Lagomarsino
_____
ANDRE M. LAGOMARSINO
TAYLOR N. JORGENSEN
CHRISTINA A. PHIPPS
3005 W. Horizon Ridge Pkwy, Ste. 241
Henderson, NV  89052

*Attorneys for Plaintiff Carlos Alvarado*

DATED this 31st day of January, 2025.

KAEMPFER CROWELL

/s/ Lyssa S. Anderson
_____
LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135

*Attorneys for Defendants*
*Isaiah Garcia, Bradley Hunt, Antonio Montalbano, and*
*Las Vegas Metropolitan Police Department*

**IT IS SO ORDERED.**

Dated this 4th day of February, 2025.

_____
**UNITED STATES DISTRICT COURT JUDGE**

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3907013_1.docx  6943.315

Page 2 of 2