**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
Taylor@lagomarsinolaw.com
*Attorneys for Plaintiff Carlos Alvarado*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS ALVARADO, an individual<br><br>Plaintiff<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT a political subdivision of the State of Nevada; OFFICER C. HUNT, individually; OFFICER A. MONTALBANO, individually<br><br>Defendants. | CASE NO.: 2:24-cv-01159-JAD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED between the parties and their undersigned attorneys that the discovery cut-off date of April 21, 2025, be continued for a period of ninety (90) days from the Court's prior Order (ECF No. 21), up to and including **July 21, 2025**, for the purpose of allowing the parties to complete written discovery, complete the depositions of the remaining parties, experts, and lay witnesses, and any other discovery the parties wish to conduct.

**I.     DISCOVERY COMPLETED TO DATE**

- Disclosure of Documents:
    - The Parties exchanged their initial Rule 26 disclosures on September 23, 2024.
    - LVMPD Defendants served their first supplemental disclosure on October 21, 2024.
    - Plaintiff served his first supplemental disclosure on October 25, 2024.

- o LVMPD Defendants served their second supplemental disclosure on November 11, 2024.
- o Plaintiff served his second supplemental disclosure on November 25, 2024.
- o LVMPD Defendants served their third supplemental disclosure on December 5, 2024.
- o LVMPD Defendants served their fourth supplemental disclosure on December 20, 2024.
- o LVMPD Defendants served their fifth supplemental disclosure on February 6, 2025.
- o Plaintiff served his third supplemental disclosure on February 21, 2025.
- o LVMPD Defendants served their sixth supplemental disclosure on March 4, 2025.
- Written Discovery:
  - o Plaintiff served an initial set of discovery (interrogatories, requests for production of documents, and requests for admission) to Defendants on October 4, 2024.
  - o Defendant Hunt served his first set of interrogatories to Plaintiff on October 23, 2024.
  - o Defendant LVMPD served their initial set of discovery (interrogatories, requests for production of documents, and requests for admission) to Plaintiff on October 23, 2024.
  - o Plaintiff served an initial set of discovery requests (interrogatories and requests for production) to Defendant Garcia on November 21, 2024.
  - o Plaintiff served his second set of requests for production of documents to Defendants Hunt, Montalbano, and LVMPD and second set of interrogatories to Defendant LVMPD on November 21, 2024.
  - o Defendant LVMPD served their second set of requests for production of documents to Plaintiff on January 22, 2025.
  - o Defendant LVMPD served their second set of requests for production of documents to Plaintiff on March 4, 2025.
- Depositions:
  - o The deposition of Officer Garcia was taken on November 12, 2024.
  - o The deposition of Plaintiff was taken on January 15, 2025.

- - The deposition of Defendant Hunt was taken on February 24, 2025.
- Third Party Subpoenas:
  - Plaintiff served a subpoena to Bridge Counseling on October 15, 2024, to which Bridge Counseling has responded, and those documents have been produced.
  - Plaintiff served a subpoena to The Cosmopolitan of Las Vegas on October 10, 2024, to which The Cosmopolitan of Las Vegas has responded and has requested an extension for to produce documents. Documents will be produced upon receipt.
  - Plaintiff served a subpoena to Ally Financial on October 11, 2024, to which Ally Financial has responded and those documents have been produced.
  - Plaintiff served a subpoena to Las Vegas Strip Party Bus on October 15, 2024, to which they have not responded.
  - Plaintiff served a subpoena to Uber Inc. Technologies on October 8, 2024, to which they have not responded.
  - Defendants served subpoenas to the following entities on January 21, 2025:
    - Ally Financial – Documents have been produced.
    - Bridge Counseling – Documents have been produced.
    - Concentra Medical Centers– Documents have been produced.
    - Cobert Psychological Services
    - CSN Counseling – Documents have been produced.
    - Ewing Brothers Towing – Documents have been produced.
    - Nevada Department of Business and Industry – Nevada Transportation Authority – Documents have been produced.
    - Uber Technologies, Inc.
    - Vegas Strip Party Bus, LLC
  - Plaintiff served a subpoena to Ally Bank on February 5, 2025, and those documents have been produced.
  - Defendants Served subpoenas to the following entities on February 7, 2025:
    - College of Southern Nevada, Disability Resource Center
    - College of Southern Nevada, Foundation Offices
    - Nevada Department of Health and Human Services Division of Welfare and Supportive Services

- Ed Bozarth Nevada
- Eva Rowan 1998 Trust – Documents have been produced.
- Nevada Vocational Rehabilitation – Documents have been produced.
- United Recovery and Remarketing, LLC – Documents have been produced.
- Zane Investigations, Inc.

- Expert Disclosures:
    - Plaintiff served his Initial Expert Disclosure on February 19, 2025.
    - Defendants served their Initial Expert Disclosure on February 19, 2025.

## II.   DISCOVERY YET TO BE COMPLETED

The Parties have yet to complete the following discovery:

- deposition of named party Montalbano;
- depositions of 30(b)(6) designees for the Las Vegas Metropolitan Police Department;
- depositions of witnesses identified by the parties;
- rebuttal expert witness disclosures;
- expert witness depositions;
- additional written discovery which may include written discovery between the parties;
- additional subpoenas to third parties; and

The Parties reserve the right to conduct additional discovery that is permitted by the United States Rules of Civil Procedure.

## III.   REASONS WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

While the parties have been diligent in conducting discovery in this matter, the following issues have been unavoidable. Defendant Montalbano is currently out of the country on military orders and is not expected to return until May 2025. Additionally, the Plaintiff's counsel has been asked to assist, as co-counsel, for trial in two (2) Eighth Judicial District Court Cases. Trial for Case No. A-22-846517-C, is currently scheduled for April 2, 2025, through April 25, 2025 and trial for Case No. A-23-870727-C is currently set on a five week stack to begin on April 21, 2025

through May 23, 2025. These scheduling conflicts will affect the progression of this matter as it limits the parties' ability to obtain additional information. The totality of the limited deposition availability of Defendant Montalbano, and Plaintiff's counsel's office's limited availability warrant an extension.

IV.   **PROPOSED EXTENDED DEADLINES**

The parties respectfully request this Court enter an order granting this Second Request for extension of discovery deadlines as follows:

|  | Current | Proposed |
|---|---|---|
| Discovery cut-off | 4/21/2025 | Monday, July 21, 2025[1] |
| Deadline to amend pleadings and add parties | 10/21/24 | CLOSED |
| Deadline for initial expert disclosures | 2/17/25 | CLOSED |
| Deadline for rebuttal expert disclosures | 3/19/25 | NO CHANGE |
| Deadline to file dispositive motions | 5/19/25 | Monday, August 18, 2025[2] |
| Deadline to file pre-trial order | 6/17/25 | Monday, September 15, 2025 or 30 days after the dispositive motions have been decided. |

…
…
…
…
…
…
…

---

[1] This deadline falls on July 20, 2025, which is a Sunday. As a result, this deadline extends to the next court day, Monday July 21, 2025, by operation of FRCP.
[2] This deadline falls on August 17, 2025, which is a Sunday. As a result, this deadline extends to the next court day, Monday August 17, 2025, by operation of FRCP

This request for an extension is made in good faith and joined by all the parties in this case. The Request is timely pursuant to LR 26-3. Trial is not yet set in this matter and dispositive motions have not yet been filed. Accordingly, this extension will not delay this case. Since this request is a joint request, no party will be prejudiced. The extension will allow the parties the necessary time to complete discovery.

**IT IS SO STIPULATED AND AGREED.**

DATED this 12th day of March, 2025.

**LAGOMARSINO LAW**

/s/ *Andre M. Lagomarsino*
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorneys for Plaintiff Carlos Alvarado*

DATED this 12th day of March, 2025.

**KAEMPFER CROWELL**

/s/ *Kristopher Kalkowski*
LYSSA S. ANDERSON, ESQ. (#5781)
RYAN W. DANIELS, ESQ. (#13094)
KRISTOPHER J. KALKOWSKI, ESQ. (14892)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
DATED: 3/14/2025