**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
Taylor@lagomarsinolaw.com
*Attorneys for Plaintiff Carlos Alvarado*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARLOS ALVARADO, an individual<br><br>Plaintiff<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT a political subdivision of the State of Nevada; OFFICER C. HUNT, individually; OFFICER A. MONTALBANO, individually<br><br>Defendants. | CASE NO.: 2:24-cv-01159-JAD-MDC<br><br>**STIPULATION AND ORDER REGARDING EVIDENCE AT TRIAL** |

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants ("Parties"), by and through their undersigned counsel of record as follows:

The Las Vegas Metropolitan Police Department Forensic Laboratory "Report of Examination Toxicology Drug Screening/Confirmation" dated May 3, 2023 (Bates LVMPDD000015 – 16) is authentic and stipulated into evidence for consideration by the Court with dispositive motions or, if needed, a jury at trial.

…

…

…

…

Page 1 of 2

The Las Vegas Metropolitan Police Department Forensic Laboratory "Report of Examination Toxicology - Blood Alcohol" dated May 8, 2023 (Bates LVMPD000013-14) is authentic and stipulated into evidence for consideration by the Court with dispositive motions or, if needed, a jury at trial.

**IT IS SO STIPULATED AND AGREED.**

DATED this 12th day of March, 2025.                    DATED this 12th day of March, 2025.

**LAGOMARSINO LAW**                                     **KAEMPFER CROWELL**

/s/*Andre M. Lagomarsino*                               /s/ *Kristopher Kalowski*
ANDRE M. LAGOMARSINO, ESQ. (#6711)                      LYSSA S. ANDERSON, ESQ. (#5781)
TAYLOR N. JORGENSEN, ESQ. (#16259)                      RYAN W. DANIELS, ESQ. (#13094)
3005 W. Horizon Ridge Pkwy., #241                       KRISTOPHER J. KALKOWSKI, ESQ. (14892)
Henderson, Nevada 89052                                 1980 Festival Plaza Drive, Suite 650
Telephone: (702) 383-2864                               Las Vegas, Nevada 89135
Facsimile: (702) 383-0065                               Telephone: (702) 792-7000
*Attorneys for Plaintiff Carlos Alvarado*               Fax: (702) 796-7181
                                                        *Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED: 4/16/25