**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
Taylor@lagomarsinolaw.com
*Attorneys for Plaintiff Carlos Alvarado*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS ALVARADO, an individual<br><br>Plaintiff<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT a political subdivision of the State of Nevada; OFFICER C. HUNT, individually; OFFICER A. MONTALBANO, individually<br><br>Defendants. | CASE NO.: 2:24-cv-01159-JAD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE OPPOSITION TO LVMPD DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT**<br><br>**(First Request)**<br><br>[ECF No. 41] |

Pursuant to LR IA 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline for the Plaintiffs to file their Opposition to LVMPD Defendants' Motion for Summary Judgement in the above-captioned case twenty-one (21) days, up to and including Tuesday, September 30, 2025.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Due to existing professional obligations, including a current trial in the Eighth Judicial District Court, *Ernesto Raymundo-Lazaro et al. vs. Autozone Operations LLC Case No. A-23-870727-C*, multiple briefing deadlines and previously scheduled court appearances and depositions in unrelated matters, counsel for Plaintiffs requires additional time to prepare a thorough and complete opposition to Defendants' Motion for Summary Judgment. The parties agree that this extension is necessary to accommodate counsel's scheduling conflicts and ensure adequate time for

the preparation of the opposition brief. The requested extension is made in good faith and not for the purpose of delay, and will not prejudice any party or affect other scheduled dates in this matter.

WHEREFORE, the parties respectfully request that this Court extend the time for Plaintiffs to file their Opposition to LVMPD Defendants' Motion for Summary Judgement in the above-captioned case twenty-one (21) days, up to and including Tuesday, September 30, 2025.

**IT IS SO STIPULATED AND AGREED.**

DATED this 21st day of August, 2025.

**LAGOMARSINO LAW**

/s/ *Taylor N. Jorgensen*
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorneys for Plaintiff Carlos Alvarado*

DATED this 21st day of August, 2025.

**KAEMPFER CROWELL**

/s/ *Kristopher J. Kalkowski*
LYSSA S. ANDERSON, ESQ. (#5781)
RYAN W. DANIELS, ESQ. (#13094)
KRISTOPHER J. KALKOWSKI, ESQ. (14892)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
*Attorneys for Defendants*

## ORDER

Based on the parties' stipulation and with good cause appearing, IT IS HEREBY ORDERED that plaintiffs' opposition to defendants' summary-judgment motion (ECF No. 38) is now due on Tuesday, September 30, 2025. Defendants' reply is due Tuesday, October 14, 2025.

_____
UNITED STATES DISTRICT JUDGE
DATED: August 21, 2025