LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*Isaiah Garcia, Bradley Hunt, and Antonio Montalbano*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARLOS ALVARADO, an individual<br><br>Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.<br><br>Defendants. | Case No.: 2:24-cv-01159-JAD-MDC<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT**<br>**First Request**<br>**[ECF No. 38]** |

Defendants Isaiah Garcia, Bradley Hunt, and Antonio Montalbano (collectively "LVMPD Defendants"), stipulate and agree with Plaintiff Carlos Alvarado to extend LVMPD Defendants' deadline to file their Reply in support of the Motion for Summary Judgment, (ECF No. 38), by 14 days. The current deadline is October 14, 2025; the extended deadline will be October 28, 2025.

Local Rule IA 6-1 governs this stipulation and imposes a good cause standard. The parties stipulate and agree to the extension based on LVMPD Defendants' counsel recently

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.315

Page 1 of 2

having an intensive schedule in other matters, including a hearing scheduled on a day's notice this week, four depositions in the past ten days, and three hearings in that same time period. The parties agree that this stipulation is made in good faith and will not prejudice the merits of claims or defenses.

DATED this 8th day of October, 2025.

LAGOMARSINO LAW

 /s/ Taylor Jorgensen
_____
ANDRE M. LAGOMARSINO
Nevada Bar No. 6711
TAYLOR N. JORGENSEN
Nevada Bar No. 16259
CHRISTINA A. PHIPPS VALENTINE
Nevada Bar No. 16440
3005 W. Horizon Ridge Pkwy, Ste. 241
Henderson, NV  89052

*Attorneys for Plaintiff Carlos Alvarado*

DATED this 8th day of October, 2025.

KAEMPFER CROWELL

 /s/ Lyssa S. Anderson
_____
LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135

*Attorneys for Defendants*
*Isaiah Garcia, Bradley Hunt, Antonio Montalbano, and*
*Las Vegas Metropolitan Police Department*

IT IS SO ORDERED.

Dated this 9th day of October, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.315

Page 2 of 2